UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DERRICK SIMPSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LAS VEGAS METROPOLITAN )<br>POLICE DEPARTMENT, et al., )<br>)<br>Defendants. )<br>) | 2:15-cv-00254-RFB-CWH<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion/Application to Proceed *In Forma Pauperis* (#1), filed February 11, 2015. The Court also considers Plaintiff's Motion for Leave to File an Amended Complaint (#3), filed April 8, 2015. Plaintiff is incarcerated. His application lists his place of incarceration as the Clark County Detention Center, but he recently filed a notice of change of address (dkt. #4) indicating he is now housed at the High Desert State Prison in Indian Springs, Nevada.

Plaintiff's application to proceed *in forma pauperis* is incomplete. Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an application to proceed *in forma pauperis* for prisoners and attach both an inmate account statement for the past six months. Plaintiff has submitted an application to proceed *in forma pauperis* and an executed financial certificate, but he has not submitted an inmate account statement for the past six months. As such, the application to proceed *in forma pauperis* is incomplete and is denied without prejudice.

1   Plaintiff has also filed a motion for leave to file an amended complaint. The motion will be
2 granted. Upon filing of a complete motion/application to proceed *in forma pauperis*, the Court will
3 screen Plaintiff's amended complaint.
4   Based on the foregoing and good cause appearing,
5   **IT IS HEREBY ORDERED** that Plaintiff's Motion/Application to Proceed *In Forma*
6 *Pauperis* (#1) is **denied without prejudice**. The Clerk of Court shall send Plaintiff a blank
7 application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information
8 and instructions for filing an *in forma pauperis* application.
9   **IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File Amended Complain
10 (#3) is **granted**. The Clerk of Court shall retain the amended complaint, but shall not file it at this
11 time. The Court will screen the complaint upon receipt of a completed *In Forma Pauperis*
12 motion/application.
13   **IT IS FURTHER ORDERED** that Plaintiff shall have forty-five (45) days from the date of
14 this order to submit a completed *In Forma Pauperis* motion/application. Failure to do so will result
15 in a recommendation that this case be dismissed.
16   Dated: July 13, 2015.

_____
C.W. Hoffman, Jr.
UNITED STATES MAGISTRATE JUDGE

2