UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DERRICK SIMPSON, ) <br> ) <br>     Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LAS VEGAS METROPOLITAN ) <br> POLICE DEPARTMENT, et al., ) <br> ) <br>     Defendants. ) <br> ) | 2:15-cv-00254-RFB-CWH <br><br> **ORDER** |

Presently before the Court is Plaintiff Derrick Simpson's Motion for Enlargement of Time/Extension (ECF No. 6), dated August 22, 2015. Plaintiff requests a 30 day extension to submit his application to proceed *in forma pauperis*, stating that he is waiting to obtain papers he requested from inmate banking services that are required for his application to proceed *in forma pauperis*. Plaintiff's current deadline was August 27, 2015. (Order (ECF No. 5).) The Court finds that good cause exists to extend Plaintiff's deadline by 30 days.

IT IS THEREFORE ORDERED that Plaintiff Derrick Simpson's Motion for Enlargement of Time/Extension (ECF No. 6) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff Derrick Simpson must file his completed application to proceed *in forma pauperis* on or before September 30, 2015.

Dated: August 31, 2015.

_____
C.W. Hoffman, Jr.
UNITED STATES MAGISTRATE JUDGE