# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DERRICK SIMPSON,

    Plaintiff,

vs.

F. AGATONE, et al.,

    Defendants.

Case No. 2:15-cv-00254-RFB-CWH

**ORDER**

Presently before the court is Plaintiff Derrick Simpson's motion for enlargement of time (ECF No. 11), filed on June 13, 2017. Plaintiff requests a 30-day extension of time to file his application to proceed *in forma pauperis*, which was due on June 16, 2017. Having read and considered Plaintiff's motion, and good cause appearing for the extension, the court will grant Plaintiff's motion, making the deadline July 16, 2017.

The court notes that while Plaintiff's motion for enlargement of time was pending, Plaintiff filed his application to proceed *in forma pauperis* (ECF No. 12) on June 23, 2017. Given that it was filed before July 16, 2017, the application is timely. The court will enter a separate order on this application. If the court grants the application to proceed *in forma pauperis*, the court must screen Plaintiff's complaint under 28 U.S.C. § 1915(e)(2) to identify cognizable claims and dismiss claims that are frivolous, malicious, fail to state a claim on which relief may be granted, or seek monetary relief from a defendant who is immune from such relief.

IT IS THEREFORE ORDERED that Plaintiff Derrick Simpson's motion for enlargement of time (ECF No. 11) is GRANTED.

DATED: June 27, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**