UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DERRICK SIMPSON,<br><br>               Plaintiff,<br>v.<br><br>F. AGATONE, *et al.*,<br><br>               Defendants. | Case No. 2:15-cv-00254-RFB-CWH<br><br>**ORDER** |

Before the Court for consideration is the Report and Recommendation (ECF No. 16) of the Honorable Carl W. Hoffman, United States Magistrate Judge, entered September 5, 2018.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see* also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by September 19, 2018. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

1

| | |
|---|---|
| 1 | IT IS THEREFORE ORDERED that the Report and Recommendation (ECF No. 16) is |
| 2 | ACCEPTED and ADOPTED in full. |
| 3 | IT IS FURTHER ORDERED that: |
| 4 | • the portion of claim one alleging an excessive force claim will proceed against |
| 5 | Officer Spurling; |
| 6 | • the portion of claim one alleging a false arrest claim will proceed against Officer |
| 7 | Spurling and Officer Carter; |
| 8 | • Simpson's Fifth Amendment claim (claim two) against Officers Carter, Spurling, |
| 9 | Hatchett, Thomas, Agatone, Maldonado, and Clark County are dismissed, with leave |
| 10 | to amend; |
| 11 | • Simpson's Thirteenth Amendment claim (claim three) against Clark County and the |
| 12 | Las Vegas Metropolitan Police Department are dismissed, without leave to amend; |
| 13 | • Simpson's Sixth Amendment claim (claim four) against Clark County is dismissed, |
| 14 | with leave to amend; |
| 15 | • Simpson's Eighth Amendment claim (claim five) is dismissed, without leave to amend; |
| 16 | • Simpson's Fourteenth Amendment claim (claim six) against Spurling, Carter, |
| 17 | Maldonado, Hatchett, Agatone, Thomas, the LVMPD, and Clark County is dismissed, |
| 18 | with leave to amend; and |
| 19 | • this case is dismissed as to Naphcare for failure to state a claim, with leave to amend. |
| 20 | The Clerk of Court is directed to serve a copy of this Order upon Plaintiff. |
| 22 | DATED this 16th day of October, 2018. |

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRCIT JUDGE