# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DERRICK SIMPSON, | Case No. 2:15-cv-00254-RFB-DJA |
| Plaintiff, | **<u>ORDER</u>** |
| v. | |
| F. AGATONE, *et al.*, | |
| Defendants. | |

Before the Court for consideration is the Report and Recommendation (ECF No. 29) of the Honorable Daniel J. Albregts, United States Magistrate Judge, entered January 7, 2020.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. <u>Id.</u>; D. Nev. Civ. R. IB 3-2(a). When written objections have been filed, the district court is required to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); <u>see also</u> D. Nev. Civ. R. IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by January 21, 2020. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

//

1     **IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 29) is
2 ACCEPTED and ADOPTED in full.

3     **IT IS FURTHER ORDERED** that this case proceed on the operative Amended
4 Complaint claims as outlined in the Court's Order (ECF No. 20) and Plaintiff's Motion for Leave
5 to File a Second Amended Complaint (ECF No. 27) is DENIED.

6     The Court Clerk is directed to mail a copy of this order to Plaintiff.

DATED: February 11, 2020.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**