**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| DERRICK SIMPSON, | Case No. 2:15-cv-00254-RFB-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| F. AGATONE, et al., | |
| Defendants. | |

Presently before the court is pro se Plaintiff Derrick Simpson's Motion Requesting an Extension of Time (ECF No. 34), filed on October 26, 2020. Plaintiff received the Court's notice of intent to dismiss regarding Fed.R.Civ.P. 4(m) due to lack of proof of service of the operative Amended Complaint and requests an extension of 60 days to effectuate service on the remaining defendants in this matter. He represents that he is no longer incarcerated and has submitted a notice of change of address. Plaintiff requests the extension of time due to his need to reintegrate back into society. The Court finds good cause and will grant his request.

IT IS THEREFORE ORDERED that Plaintiff Derrick Simpson's Motion Requesting an Extension of Time (ECF No. 34) is **granted**. Proof of service is due within 60 days.

DATED: November 2, 2020.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE